[No. 31521-5-III.   Division Three.   January 15, 2015.]

RICHARD J. MILLIES, *as Trustee*, ET AL., *Appellants*, v. LANDAMERICA TRANSNATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 09-2-00426-7, Allen Nielson, J., entered February 26, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 31951-2-III.   Division Three.   January 15, 2015.]

*In the Matter of the Marriage of* FLORENTINA FLORES, *Respondent*, and JULIO V. FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-3-01227-4, Carrie L. Runge, J., entered August 23, 2013. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 68915-1-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KEAYN DUNYA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-1-00815-3, Ira Uhrig, J., entered June 11, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Leach, J.

[No. 69159-7-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JEANETTE MARIE HOPKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-1-01021-9, Michael E. Rickert, J., entered August 3, 2012. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Verellen and Trickey, JJ.